**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

OCT 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

JEREMIAH WILLIAM BALIK,

Plaintiff-Appellant,

v.

COUNTY OF VENTURA; 99TH
SECURITY FORCES NELLIS AFB; BMO
HARRIS BANK, N.A.,

Defendants-Appellees.

No. 22-15831

D.C. No. 2:22-cv-00679-CDS-VCF

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Cristina D. Silva, District Judge, Presiding

Submitted October 10, 2023[**]

Before:      S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

Jeremiah William Balik appeals pro se from the district court's judgment

dismissing under a vexatious litigant pre-filing order his action alleging federal and

state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion. *In re Fillbach*, 223 F.3d 1089, 1090-91 (9th Cir. 2000). We affirm.

The district court did not abuse its discretion in dismissing Balik's action because Balik failed to comply with the vexatious litigant order entered against him. *See id.* at 1091 (explaining that a district court may dismiss an action where a litigant attempts to avoid a vexatious litigant order by filing suit in a different court).

To the extent that Balik seeks to challenge the underlying vexatious litigant order, we do not consider his contentions because they are outside the scope of this appeal.

We reject as meritless Balik's contention that he was entitled to a default judgment.

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

County of Ventura's motion to submit the case on the briefs (Docket Entry No. 20) is granted. All other pending requests are denied.

**AFFIRMED.**

22-15831